UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Subpoena To Raymond Handling Solutions, Inc.<br><br>Underlying Matter:<br><br>STAFF LINE, LLC.,<br><br>        Plaintiff,<br><br>    vs.<br><br>TECHNICOLOR VIDEOCASSETTE OF MICHIGAN, INC.<br><br>        Defendant. | Misc. Case No. 2:21-mc-01006-JAK-KS<br><br>[Underlying Case: USDC Case No. 2:20-cv-2413 (W.D. Tenn, 2020)]<br><br>**ORDER REGARDING JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP RULE 41(a)(1)(A)(ii)**<br><br>JS-6 |

Based on a review of the Joint Stipulation of Voluntary Dismissal Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii) (the "Stipulation" (Dkt. 13)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, and this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: August 27, 2021

John A. Kronstadt
United States District Judge